IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| LINDA PENNELL, REBECCA FUNK, and TONYA SMITH, o/b/o themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANNE L. PRECYTHE, Director, Missouri Department of Corrections, CHRIS MCBEE, Warden Chillicothe Correctional Center, CORIZON HEALTH, INC., and DOES 1 - 10,<br><br>    Defendants. | Case No. 18-06034-CV-SJ-ODS |

## ORDER DISMISSING PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

On November 17, 2018, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice. Doc. #49. Pursuant to Plaintiffs' filing and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendant Corizon Health, Inc. are dismissed with prejudice.

IT IS SO ORDERED.

DATE: December 11, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT